**2014–1838. Phillips v. Farmers Ethanol, L.L.C.**

Jefferson App. No. 12 JE 27, 2014-Ohio-4043. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.